IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-785-MOC-DCK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN DOE, subscriber assigned IP ) | |
| address 99.190.42.121 ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Leave To File Unredacted Versions Of Plaintiff's First Amended Complaint, Proposed Summons And Return of Service Under Seal" (Document No. 9) filed April 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion with modification.

The undersigned notes that "there is a presumption under applicable common law and the First Amendment that materials filed in this Court will be filed unsealed." LCvR 6.1. In this instance, the undersigned will allow Plaintiff's proposed sealing for a limited period of time.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Leave To File Unredacted Versions Of Plaintiff's First Amended Complaint, Proposed Summons And Return of Service Under Seal" (Document No. 9) is **GRANTED**. Document Nos. 9-2, 9-3, and 9-4 shall be **SEALED** and remain under **SEAL** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that Plaintiff shall file unredacted versions of Plaintiff's First Amended Complaint, Summons In A Civil Action, and Proof Of Service <u>under seal</u> on or before **May 21, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a publicly available <u>redacted</u> versions of its sealed documents on or before **May 21, 2024**.

**IT IS FURTHER ORDERED** that within **thirty (30) days** of service of the First Amended Complaint on Defendant, the parties shall each **SHOW CAUSE** why any document in this case should remain under seal.

**SO ORDERED**.

Signed: May 14, 2024

David C. Keesler
United States Magistrate Judge